UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DOMINIQUE NELSON, individually and on behalf of similarly situated individuals,

Plaintiffs,

v.

REDDIT, INC., a Delaware corporation,

Defendant.

Case No.: 25-CV-1470 JLS (AHG)

**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT**

(ECF No. 15)

Presently before the Court is Defendant Reddit, Inc.'s Motion to Dismiss Class Action Complaint ("Mot.," ECF No. 15). Also before the Court is Plaintiff Dominique Nelson's Response in Opposition to Defendant's Motion ("Opp'n," ECF No. 18), and Defendant's Reply in Support of Motion to Dismiss Class Action Complaint ("Reply," ECF No. 19). Pursuant to Civil Local Rule 7.1(d)(1), the Court finds this matter appropriate to decide on the papers without oral argument; accordingly, the Court **VACATES** the October 30, 2025, hearing and takes the Motion under submission.

**IT IS SO ORDERED.**

Dated: October 1, 2025

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge