**PERKINS COIE LLP**
Nicola C. Menaldo
*pro hac vice*
NMenaldo@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Mikella M. Hurley
*pro hac vice*
MHurley@perkinscoie.com
700 13th Street, NW
Washington, DC 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211

Elliott J. Joh, Bar No. 264927
EJoh@perkinscoie.com
505 Howard Street, Ste 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Doris Alvarez-Reyes, Bar No. 340925
DAlvarezReyes@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

*Attorneys for Defendant Reddit, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DOMINIQUE NELSON, individually and on behalf of similarly situated individuals,

Plaintiff,

v.

REDDIT, INC., a Delaware corporation,

Defendant.

Case No. 3:25-cv-01470-JLS-AHG

**REDDIT, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO CLASS ACTION COMPLAINT**

Hon. Janis L. Sammartino
Courtroom: 4D

[Removed from the Superior Court of the State of California for the County of San Diego, Case No. 25CU022609C]

Complaint Filed: April 30, 2025
JURY TRIAL DEMANDED

Defendant Reddit, Inc. ("Reddit" or "Defendant"), by and through its counsel of record, hereby answers the Class Action Complaint ("Complaint") filed by plaintiff Dominique Nelson ("Plaintiff"). All facts not specifically admitted are denied. For ease of reference, Reddit uses the section headings, subheadings, and numbered paragraphs in the Complaint but specifically denies Plaintiff's characterizations in the section headings, subheadings, and numbered paragraphs, the contents of any footnotes in the Complaint, and any and all allegations and inferences of wrongdoing that may be contained in Plaintiff's section headings, subheadings, and numbered paragraphs, or otherwise.

## NATURE OF THE CASE

1. Reddit admits that it owns and operates the popular website, Reddit.com (the "Website"). Reddit denies that it operates a social media website.

2. Reddit denies the allegations in Paragraph 2.

3. The allegations in Paragraph 3 are legal conclusions to which no response is required. To the extent a response is required, Reddit denies the allegations in Paragraph 3.

4. The allegations in Paragraph 4 are legal conclusions to which no response is required. To the extent a response is required, Reddit denies the allegations in Paragraph 4.

5. The allegations in Paragraph 5 are legal conclusions to which no response is required. To the extent a response is required, Reddit denies the allegations in Paragraph 5.

## JURISDICTION AND VENUE

6. The allegations in Paragraph 6 are legal conclusions to which no response is required. To the extent a response is required, Reddit denies the existence of Class Members and denies that any class can be certified. Reddit otherwise has insufficient knowledge or information to admit or deny the allegations set forth in Paragraph 6, and denies them on that basis.

7. The allegations in Paragraph 7 are legal conclusions to which no response is required. To the extent a response is required, Reddit admits that it is headquartered in California, but Reddit otherwise has insufficient knowledge or information to admit or deny the allegations set forth in Paragraph 7, and denies them on that basis.

8. The allegations in Paragraph 8 are legal conclusions to which no response is required. To the extent a response is required, Reddit has insufficient knowledge or information to admit or deny the allegations set forth in Paragraph 8, and denies them on that basis.

## PARTIES

9. Reddit has insufficient knowledge or information to admit or deny the allegations set forth in Paragraph 9 and denies them on that basis.

10. Reddit admits that it is a Delaware corporation headquartered in San Francisco, California.

## COMMON FACTUAL ALLEGATIONS

### I. The California Invasion of Privacy Act

11. The allegations in Paragraph 11 are legal conclusions to which no response is required. To the extent a response is required, Reddit responds that the legislative record, including California Penal Code § 630, which Paragraph 11 quotes selectively and incompletely, speaks for itself and Reddit denies all the allegations and characterizations in Paragraph 11.

12. The allegations in Paragraph 12 are legal conclusions to which no response is required. To the extent a response is required, California Penal Code § 638.51(a), which Paragraph 12 quotes selectively and incompletely, speaks for itself, and Reddit denies all the allegations and characterizations in Paragraph 12.

13. The allegations in Paragraph 13 are legal conclusions to which no response is required. To the extent a response is required, California Penal Code

§ 638.50(b), which Paragraph 13 quotes selectively and incompletely, speaks for itself, and Reddit denies all the allegations and characterizations in Paragraph 13.

14. The allegations in Paragraph 14 are legal conclusions to which no response is required. To the extent a response is required, California Penal Code § 638.50(b), which Paragraph 14 quotes selectively and incompletely, speaks for itself, and Reddit denies all the allegations and characterizations in Paragraph 14.

15. The allegations in Paragraph 15 are legal conclusions to which no response is required. To the extent a response is required, California Penal Code § 638.50(b), which Paragraph 15 quotes selectively and incompletely, speaks for itself, and Reddit denies all the allegations and characterizations in Paragraph 15.

16. The allegations in Paragraph 16 are legal conclusions to which no response is required. To the extent a response is required, California Penal Code § 637.2(a)(1) and § 638.50(b), which Paragraph 16 quotes selectively and incompletely, speak for themselves, and Reddit denies all the allegations and characterizations in Paragraph 16.

**II. Defendant Violates the California Invasion of Privacy Act**

**A. The LiveRamp Tracker is a "Pen Register."**

17. Reddit admits that, as is the case for most websites, when an internet browser sends an "HTTP request" or "GET" request to Reddit's server, Reddit's server generally sends an "HTTP response" back. Reddit otherwise has insufficient knowledge or information to admit or deny the allegations set forth in Paragraph 17, and on that basis, denies them.

18. The allegations in Paragraph 18 are argumentative, conclusory, and vague, and contain legal conclusions to which no response is required. To the extent a response is required, Reddit denies that it installs the so-called LiveRamp Tracker on the user's browser. Reddit otherwise has insufficient knowledge or information to admit or deny the allegations in Paragraph 18 and denies them on that basis.

19. Reddit admits that an IP address is a numerical label that is assigned to an internet-connected device that uses the Internet Protocol to exchange information. Reddit otherwise has insufficient knowledge or information to admit or deny the allegations set forth in Paragraph 19 and denies them on that basis.

20. The allegations in Paragraph 20 are vague, argumentative, and contain legal conclusions to which no response is required. To the extent a response is required, Reddit denies that it installs the so-called LiveRamp Tracker on the user's browser. Reddit otherwise has insufficient knowledge or information to admit or deny the allegations in Paragraph 20 and denies them on that basis.

21. The allegations in Paragraph 21 are vague, argumentative, and contain legal conclusions to which no response is required. To the extent a response is required, Reddit denies that it installs other so-called third-party tracking technologies that are similar or identical to the so-called LiveRamp Tracker on Website users' browsers. Reddit otherwise has insufficient knowledge or information to admit or deny the allegations in Paragraph 21 and denies them on that basis.

22. Reddit denies that the quoted source is presently publicly available at the URL provided. To the extent the quoted source was once publicly available at the URL, the statement speaks for itself. Reddit otherwise has insufficient knowledge or information to admit or deny the allegations in Paragraph 22 and further denies them on that basis.

23. Reddit denies that the quoted source is presently publicly available at the URL provided. To the extent the quoted source was once publicly available at the URL, the statement speaks for itself. Reddit otherwise has insufficient knowledge or information to admit or deny the allegations in Paragraph 23 and further denies them on that basis.

24. The allegations in Paragraph 24 are argumentative, conclusory, and vague, and Reddit denies them on that basis.

25. The allegations in Paragraph 25 are conclusory and vague, and Reddit denies them on that basis. Reddit admits that when a user first visits the Website, the user's browser sends an HTTP request to Reddit's server. Reddit denies that it responds with a command to download and install the so-called LiveRamp Tracker on the user's browser. Reddit also denies that it installs the so-called LiveRamp Tracker on the user's browser. Reddit otherwise has insufficient knowledge or information to admit or deny the allegations in Paragraph 25 and further denies them on that basis.

26. The allegations in Paragraph 26 are argumentative, conclusory, and vague, and Reddit denies them on that basis. Reddit otherwise has insufficient knowledge or information to admit or deny the allegations in Paragraph 26 and further denies them on that basis.

27. The allegations in Paragraph 27 are argumentative, conclusory, and vague, and Reddit denies them on that basis. To the extent a response is required, Reddit denies that it responds with a command to download and install the so-called LiveRamp Tracker on the user's browser. Reddit also denies that it installs the so-called LiveRamp Tracker on the user's browser. Reddit otherwise has insufficient knowledge or information to admit or deny the allegations in Paragraph 27 and further denies them on that basis.

28. The allegations in Paragraph 28 are argumentative, conclusory, and vague, and Reddit denies them on that basis. Reddit otherwise has insufficient knowledge or information to admit or deny the allegations in Paragraph 28 and further denies them on that basis.

29. The allegations in Paragraph 29 are legal conclusions to which no response is required. To the extent a response is required, Reddit denies the allegations in Paragraph 29.

30. The allegations in Paragraph 30 are legal conclusions to which no response is required. To the extent a response is required, Reddit denies the allegations in Paragraph 30.

31. The allegations in Paragraph 31 are legal conclusions to which no response is required. To the extent a response is required, Reddit denies the allegations in Paragraph 31.

**B. Defendant Installed the LiveRamp Tracker on Its Website Visitors' Browsers Without Obtaining Prior Consent or Court Order in Violation of Their Privacy Rights.**

32. Reddit admits that it owns and operates the popular Website, Reddit.com. The remainder of the allegations in Paragraph 32 are vague and conclusory and Reddit denies them on that basis.

33. The allegations in Paragraph 33 are conclusory, argumentative, and vague, and contain legal conclusions to which no response is required. To the extent a response is required, Reddit denies that it installs the so-called LiveRamp Tracker on the user's browser. Reddit otherwise has insufficient knowledge or information to admit or deny the allegations in Paragraph 33 and denies them on that basis.

34. The allegations in Paragraph 34 are conclusory, argumentative, and vague, and contain legal conclusions to which no response is required. To the extent a response is required, Reddit denies that it installs the so-called LiveRamp Tracker on the user's browser. Reddit further denies that it utilizes the so-called LiveRamp Tracker to capture Website visitors' IP addresses. Reddit also denies the existence of Class Members, and denies that any class can be certified. Reddit otherwise has insufficient knowledge or information to admit or deny the allegations in Paragraph 34 and denies them on that basis.

35. The allegations in Paragraph 35 are conclusory, argumentative, and vague, and Reddit denies them on that basis. Reddit also denies the existence of

Class Members, and denies that any class can be certified. Except as expressly admitted, Reddit denies the allegations in Paragraph 35.

36. The allegations in Paragraph 36 are legal conclusions to which no response is required. To the extent a response is required, Reddit denies that it installs the so-called LiveRamp Tracker on Website visitors' browsers. Reddit further denies that it uses the so-called LiveRamp Tracker to capture its Website visitors' IP addresses. Reddit also denies the existence of Class Members, and denies that any class can be certified. Except as expressly admitted, Reddit denies the allegations in Paragraph 36.

37. The allegations in Paragraph 37 are legal conclusions to which no response is required. To the extent a response is required, Reddit denies the allegations in Paragraph 37. Reddit also denies the existence of Class Members, and denies that any class can be certified.

38. The allegations in Paragraph 38 are argumentative, conclusory, and vague, and Reddit denies them on that basis. Reddit denies the existence of Class Members, and denies that any class can be certified. Reddit otherwise has insufficient knowledge or information to admit or deny the allegations in Paragraph 38 and denies them on that basis.

## FACTS SPECIFIC TO PLAINTIFF

39. Reddit has insufficient knowledge or information to admit or deny the allegations set forth in Paragraph 39 and denies them on that basis.

40. The allegations in Paragraph 40 are conclusory, argumentative, and vague, and contain legal conclusions to which no response is required. To the extent a response is required, Reddit denies that it installs the so-called LiveRamp Tracker on Website visitors' browsers, including Plaintiff's. Reddit otherwise has insufficient knowledge or information to admit or deny these allegations, and therefore denies them on that basis.

41. The allegations in Paragraph 41 are conclusory, argumentative, and vague, and contain legal conclusions to which no response is required. To the extent a response is required, Reddit has insufficient knowledge or information to admit or deny these allegations, and therefore denies them on that basis.

42. The allegations in Paragraph 42 are argumentative, conclusory, and vague, and Reddit denies them on that basis.

43. The allegations in Paragraph 43 are legal conclusions to which no response is required. To the extent a response is required, Reddit denies the allegations in Paragraph 43.

44. The allegations in Paragraph 44 contain legal conclusions to which no response is required. To the extent a response is required, Reddit admits that it has not obtained a court order pertaining to the so-called LiveRamp Tracker. Except as otherwise admitted, Reddit denies the allegations in Paragraph 44.

45. The allegations in Paragraph 45 are legal conclusions to which no response is required. To the extent a response is required, Reddit denies the allegations in Paragraph 45.

## CLASS ALLEGATIONS

46. Reddit admits that Plaintiff seeks to represent a putative class described in Paragraph 46. Reddit denies that class certification is appropriate. Reddit denies that Plaintiff and the putative class are entitled to any relief. Except as expressly admitted, Reddit denies the remaining allegations in Paragraph 46.

47. Reddit admits that Plaintiff seeks to exclude the individuals and entities identified in Paragraph 47 from the definitions of the putative class that Plaintiff seeks to represent. Reddit denies that class certification is appropriate as to the putative class. Reddit denies that Plaintiff and the putative class are entitled to any relief.

48. Reddit admits that Plaintiff purports to bring this action individually and on behalf of a putative class, as described in Paragraphs 46-48. Reddit denies

that class certification is appropriate as to the putative class. Reddit denies that Plaintiff and the putative class are entitled to any relief. Reddit denies that membership in the putative class is "identifiable from Defendant's records." The remaining allegations in Paragraph 48 are legal conclusions to which no response is required. To the extent a response is required, and except as expressly admitted, Reddit denies the remaining allegations in Paragraph 48.

49. Reddit admits that Plaintiff purports to bring this action individually and on behalf of a putative class, as described in Paragraphs 46-48. Reddit denies that class certification is appropriate as to the putative class. Reddit denies that Plaintiff and the putative class are entitled to any relief. Reddit denies that Plaintiff's claims are typical of the claims of members of the putative class. The remaining allegations in Paragraph 49 are legal conclusions to which no response is required. To the extent a response is required, and except as expressly admitted, Reddit denies the allegations in Paragraph 49.

50. Reddit admits that Plaintiff purports to bring this action individually and on behalf of a putative class, as described in Paragraphs 46-48. Reddit denies that class certification is appropriate as to the putative class. Reddit denies that Plaintiff and the putative class are entitled to any relief. The remaining allegations in Paragraph 50 are legal conclusions to which no response is required. To the extent a response is required, and except as expressly admitted, Reddit denies the remaining allegations in Paragraph 50.

51. Paragraph 51 contains legal conclusions to which no response is required. To the extent a response is required, Reddit denies that class certification is appropriate and denies that Plaintiff and the putative class are entitled to any remedy. Reddit otherwise denies the allegations in Paragraph 51.

52. The allegations in Paragraph 52 are legal conclusions to which no response is required. To the extent a response is required, Reddit denies the allegations in Paragraph 52. Reddit furthermore has insufficient knowledge or

information to admit or deny the allegations in Paragraph 52, and therefore denies them on that basis.

53. Paragraph 53 contains legal conclusions to which no response is required. To the extent a response is required, Reddit denies the allegations in Paragraph 53.

## COUNT ONE

**Violation of the California Invasion of Privacy Act,**

**Cal. Penal Code § 638.51(a)**

**(On Behalf of Plaintiff and the Class)**

54. Reddit incorporates its answers to the allegations in Paragraphs 1-53. Except as expressly admitted, Reddit denies the allegations in Paragraph 54.

55. Reddit admits that Plaintiff purports to bring this action individually and on behalf of a putative class, as described in Paragraphs 46-48. Reddit denies that class certification is appropriate as to the putative class. Reddit further denies that Plaintiff and the putative class are entitled to any relief.

56. The allegations in Paragraph 56 are legal conclusions to which no response is required. To the extent a response is required, Reddit denies the allegations and characterizations in Paragraph 56.

57. The allegations in Paragraph 57 are legal conclusions to which no response is required. To the extent a response is required, Reddit denies the allegations in Paragraph 57.

58. The allegations in Paragraph 58 are legal conclusions to which no response is required. To the extent a response is required, Reddit denies that it installs the so-called LiveRamp Tracker on Website users' browsers. Reddit also denies the existence of Class Members, and denies that any class can be certified. Reddit further denies the allegations in Paragraph 58.

59. The allegations in Paragraph 59 are legal conclusions to which no response is required. To the extent a response is required, Reddit denies that it

installs the so-called LiveRamp Tracker on the users' browsers. Reddit also denies the existence of Class Members, and denies that any class can be certified. Reddit further denies the allegations in Paragraph 59.

60. Paragraph 60 states legal conclusions to which no response is required. To the extent a response is required, Reddit denies the existence of Class Members, and denies that any class can be certified.

61. Paragraph 61 states legal conclusions to which no response is required. To the extent a response is required, Reddit denies the existence of Class Members, and denies that any class can be certified. Reddit further denies the allegations of Paragraph 61.

62. Paragraph 62 states legal conclusions to which no response is required. To the extent a response is required, Reddit admits that it did not obtain a court order with respect to the so-called LiveRamp Tracker. Reddit denies that it installs the so-called LiveRamp Tracker on the user's browser. Reddit otherwise denies the allegations in Paragraph 62.

63. Paragraph 63 states legal conclusions to which no response is required. To the extent a response is required, Reddit denies the existence of Class Members, and denies that any class can be certified. Reddit further denies the allegations of Paragraph 63.

## PRAYER FOR RELIEF

Answering the prayer for relief, Reddit denies that Plaintiff and the putative class members are entitled to any relief whatsoever and specifically denies each of the requests for relief enumerated in the Complaint. Reddit further denies that any class can be certified.

## JURY DEMAND

Reddit admits that Plaintiff demands a trial by jury and Reddit likewise demands a jury trial as to all matters so triable.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof on any matters that would otherwise rest with Plaintiff, and expressly denying any and all wrongdoing, Reddit further responds to Plaintiff's Complaint by alleging the following affirmative defenses.

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

The sole purported cause of action in the Complaint fails to state facts sufficient to constitute a claim upon which relief can be granted against Reddit.

**SECOND AFFIRMATIVE DEFENSE**

**(Lack of Concrete Injury, Article III Standing, or Beneficial Interest as Required for Standing)**

Plaintiff and/or the putative class Plaintiff seeks to represent (hereinafter, the "putative class") lack a concrete injury in fact, as required to satisfy the standing requirements of Article III of the United States Constitution, and as recently applied to website tracking technologies in *Popa v. Microsoft Corp.*, 153 F.4th 784 (9th Cir. 2025). Plaintiff and/or the members of the putative class also lack the type of legally protected interest required to meet California's "beneficial interest" requirement for standing in California courts.

**THIRD AFFIRMATIVE DEFENSE**

**(No Pen Register)**

Plaintiff's and the putative class's claims are barred because the so-called LiveRamp Tracker is not a "pen register" under the meaning of CIPA, Cal. Penal Code § 638.51(a). To construe the term "pen register" to include all commercial software tools that receive IP addresses would be contrary to the statutory text and the legislature's intended purpose and would produce absurd results.

**FOURTH AFFIRMATIVE DEFENSE**

**(No Injury)**

Plaintiff and/or the putative class cannot state a claim because they have not suffered any injury or damages whatsoever.

**FIFTH AFFIRMATIVE DEFENSE**

**(No Causation)**

Plaintiff's and the putative class's claims are barred because the alleged conduct of Reddit upon which Plaintiff bases his claims was not the actual or proximate cause of any loss, damage or injury suffered by Plaintiffs or the putative class.

**SIXTH AFFIRMATIVE DEFENSE**

**(Express or Implied Consent / Acquiescence)**

To the extent Reddit engaged in any of the acts alleged by Plaintiff, Plaintiff's and putative class's claims are barred, in whole or in part, because of their consent to, or authorization of, Reddit's alleged conduct, including by their consent to Reddit's Website's User Agreement and Privacy Policy, other applicable agreements, policies, or mechanisms, or by their use of Reddit's Website with actual or constructive notice and/or knowledge that the alleged conduct was occurring.

**SEVENTH AFFIRMATIVE DEFENSE**

**(License)**

To the extent Reddit engaged in any of the acts alleged by Plaintiff, Plaintiff's and the putative class's claims are barred, in whole or in part, because Reddit had an implied or express license to utilize the information at issue in the Complaint.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Justification)**

To the extent Reddit engaged in any of the acts alleged by Plaintiff, Reddit was justified in doing so because Plaintiff and the putative class visited Reddit's Website and requested to experience the Website in the way it was programmed with all of the benefits that come with that. One of those benefits is that the Website would share information about the visit in a way that would allow the Website to improve its functionality and enable users to be shown ads and marketing that were of greater value to users than the ads and marketing they would have otherwise experienced.

**NINTH AFFIRMATIVE DEFENSE**

**(Waiver or Estoppel)**

The sole purported cause of action contained in the Complaint is barred because Plaintiff and/or the putative class waived the claims they now assert or are estopped by their conduct from asserting such claims. Plaintiff and the putative class visited and continued to visit the Website with full knowledge of the alleged conduct, which is common to the broad majority of websites and has been subject to extensive discussion and commentary in government documents, news stories, and other publicly available media. Plaintiff and the putative class continued to visit the Website even though they could have adjusted their privacy settings, exercised their rights under operative privacy statutes (including rights to opt out), or taken other steps to prevent or address any alleged harm. In so doing, Plaintiff and the putative class waived any claims associated with the alleged conduct.

**TENTH AFFIRMATIVE DEFENSE**

**(Ratification and Acquiescence)**

To the extent Reddit engaged in any of the acts alleged in the Complaint, Plaintiff's and the putative class's claims are barred in whole or in part by the doctrines of ratification and acquiescence. Upon information and belief, Plaintiff

and the putative class participated in the conduct of which Plaintiff now complains by accessing services offered by Reddit, including after they knew or should have known of the conduct alleged in the Complaint. As a result, Plaintiff and the putative class are barred from bringing claims under the doctrines of ratification and acquiescence.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Barred by Contract)**

Plaintiff's and the putative class's claims are barred, in whole or in part, by contracts and/or agreements entered into with Reddit. When Plaintiff and the putative class use the Website, they agreed to privacy policies, terms of service, and other agreements, including, without limitation, Reddit's User Agreement, which, for example, may contain limitation-of liability provisions applicable in this case.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Assumption of Risk)**

Plaintiff's and the putative class's claims are barred in whole or in part by the doctrine of assumption of risk. Upon information and belief, Plaintiff and the putative class understood and implicitly consented to encounter an inherent and known risk. As a result, Plaintiff and the putative class are barred from bringing claims under the doctrine of assumption of risk.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Good Faith)**

Plaintiff's and the putative class's claims are barred, in whole or in part, by Reddit's good faith and reasonable interpretation of federal and California law. Any alleged violation was not negligent, intentional, or reckless.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Mistake)**

The Complaint and the claims alleged therein are barred, in whole or in part, on the grounds that Reddit reasonably relied on facts that may later prove to be

false and/or made a bona fide error despite using reasonable procedures to avoid any such error. For example, Reddit requires third-party partners to, among other things, follow all applicable laws, regulations, and industry guidelines. Reddit reasonably relied on third parties to abide by these requirements.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Applicable Exceptions)**

Plaintiff's and the putative class members' claims are barred in whole or in part because one or more of the exceptions set out in Cal. Penal Code § 638.51(b) applies.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Party to Communication)**

Plaintiff's and the putative class members' claims are barred, in whole or in part, because Reddit was a party to the communications alleged by Plaintiff.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Permissible Use of Pen Register)**

To the extent any of Reddit's technology is deemed to be a "pen register" under the meaning of CIPA, Cal. Penal Code § 638.51(a), Plaintiff's and the putative class's "pen register" claims are nonetheless barred because Reddit's use complied with applicable law due to applicable exemptions and/or exceptions.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(No Expectation of Privacy)**

Plaintiff's and the putative class's claims are barred, in whole or in part, because Plaintiff and the putative class do not maintain a legally protected privacy interest over any data alleged to have been impermissibly collected, and Plaintiff's and the putative class's continued access and use of Reddit's Website eliminated any reasonable expectation of privacy over any such data.

**NINETEENTH AFFIRMATIVE DEFENSE**

**(No Liability for the Actions of Third Parties)**

Plaintiff's and the putative class's claims, and any damages therefore, are predicated on the alleged acts or omissions of other persons or entities. CIPA's pen-register provisions do not provide for secondary or aiding-and-abetting liability, and Plaintiff and the putative class cannot state a claim against Reddit for the alleged actions of third parties, whose conduct Reddit is not legally responsible for.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Substantial Compliance)**

Plaintiff's and the putative class's claims are barred in whole or in part because, to the extent that CIPA's "pen register" provision applies to the conduct alleged in the Complaint (which Reddit denies), Reddit substantially complied with CIPA's requirements. The purposes motivating CIPA's "pen register" provision are not implicated by the conduct alleged. And Reddit has furthermore satisfied any applicable CIPA requirements, including, without limitation, through disclosures in its User Agreement, Privacy Policy, other applicable agreements, policies, or mechanisms, or by their use of Reddit's Website with actual or constructive notice and/or knowledge that the alleged conduct was occurring. Upon information and belief, Plaintiff and the putative class have suffered and will suffer no prejudice arising out of any alleged lack of strict compliance with CIPA's "pen register" provision. Plaintiff and the putative class accordingly are precluded from recovery based on the conduct alleged in the Complaint.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

Plaintiff's and the putative class's claims are barred, in whole or in part, by the doctrine of unclean hands.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(Laches)**

Plaintiff's and the putative class's claims are barred, in whole or in part, by the doctrine of laches.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

Plaintiff's and the putative class's claims for damages are barred, in whole or in part, to the extent they failed to mitigate their damages.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

**(Due Process / Grossly Unproportional Statutory Damages)**

Plaintiff's and the putative class's claims for relief, including claims for statutory damages, are barred in whole or in part by the Due Process Clause of the United States Constitution. Plaintiff alleges that she and the members of the putative class are entitled to recover $5,000 in statutory damages for each alleged violation of CIPA. Plaintiff further alleges that "thousands, if not hundreds of thousands of persons" fall within the putative class definitions. Complaint ¶ 48. However, Plaintiff and the putative class members have not suffered any injury, damage, or disadvantage due to Reddit's alleged conduct. The disparity between the lack of injury to Plaintiff and the putative class members, on one hand, and the potentially exorbitant statutory damages available under CIPA, on the other hand, is so grossly excessive and disproportionate as to constitute a violation of due process.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

**(Dormant Commerce Clause)**

Plaintiff's and the putative class's claims are barred in whole or in part by the Dormant Commerce Clause of the United States Constitution. If CIPA is interpreted in the sweeping manner Plaintiff asserts in the Complaint, then CIPA would have the practical effect of regulating broad swaths of conduct—including but not limited to conduct by Reddit—occurring wholly outside of California.

Relatedly, CIPA would subject Reddit and other platforms to inconsistent regulations, burden interstate commerce, and usurp the prerogative of other states to make their own policy choices.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

**(Void for Vagueness)**

Plaintiff's and the putative class's claims are barred because the statute on which these claims are based is ambiguous and unclear, and does not impart any notice on Reddit that its conduct would constitute violation of the statute, and therefore is void because it is unconstitutionally vague.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

**(Rule of Lenity)**

Plaintiff's and the putative class's claims are barred, in whole or in part, because CIPA is grievously ambiguous. Because CIPA is a penal statute, the rule of lenity requires that any ambiguity be resolved in favor of Reddit.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

Plaintiff's and the putative class's claims are barred, in whole or in part, by the one-year statute of limitations set forth in California Code of Civil Procedure § 340(a).

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

**(No Class Certification)**

This case is not suitable for class treatment. On information and belief, there are insufficient common questions of law and fact to justify certifying the putative class, and common questions do not predominate over individual questions. Plaintiff cannot fairly and adequately represent the putative class or protect its interests because, among other reasons, she has interests antagonistic to those of the class, and there are defenses unique to Plaintiff. On information and belief, class litigation is not the appropriate or superior means of resolving the alleged

controversies because, among other reasons, Plaintiff seeks damages such that individualized litigation of each class members' alleged claims would better suit the needs of fairness and justice.

**THIRTIETH AFFIRMATIVE DEFENSE**

**(Attorneys' Fees and Costs Not Recoverable)**

Plaintiff and the putative class are not entitled to reimbursement of attorneys' fees or costs because there is no applicable law that allows them.

**THIRTY-FIRST AFFIRMATIVE DEFENSE**

**(Contradictory State Law Precludes Enforcement)**

Plaintiff's and the putative class's claims are barred because the California Consumer Privacy Act, as well as the recently enacted law that will require browsers to provide opt-outs to Californians, confirms that the statute alleged here was never intended to require express opt-in consent to the conduct alleged.

**THIRTY-SECOND AFFIRMATIVE DEFENSE**

**(First Amendment)**

Plaintiff's and the putative class's claims are barred, in whole or in part, by the First Amendment to the United States Constitution and similar provisions of state constitutions including Article I, Section 2 of the California Constitution, which protect the creation and dissemination of information. *See, e.g.*, *Sorrell v. IMS Health Inc.*, 564 U.S. 552, 570 (2011).

**THIRTY-THIRD AFFIRMATIVE DEFENSE**

**(Extraterritoriality)**

The Complaint's sole state-law claim is barred, in whole or in part, because California Law, including CIPA, does not apply to persons who do not reside in California and/or to conduct occurring outside California.

**THIRTY-FOURTH AFFIRMATIVE DEFENSE**

**(Unjust Enrichment)**

Plaintiff's and the putative class's claims are barred, in whole or in part, because Plaintiff and the putative class would be unjustly enriched if allowed to recover any portion of the damages, restitution, or other relief sought in the Complaint.

**THIRTY-FIFTH AFFIRMATIVE DEFENSE**

**(Adequate Remedy at Law)**

Plaintiff and the putative class are not entitled to equitable relief because they have an adequate remedy at law.

**THIRTY-SIXTH AFFIRMATIVE DEFENSE**

**(No Restitution)**

Plaintiff's and the putative class's claims are barred, in whole or in part, because Plaintiff and the putative class seek restitutionary remedies from a party to whom Plaintiff and the putative class made no payment.

**THIRTY-SEVENTH AFFIRMATIVE DEFENSE**

**(Eighth Amendment)**

Plaintiff's and the putative class's claims are barred, in whole or in part, by the Eighth Amendment of the United States Constitution, which prohibits excessive fines and cruel and unusual punishment, because Plaintiff and the putative class seek grossly excessive relief.

**THIRTY-EIGHTH AFFIRMATIVE DEFENSE**

**(Damages Not Appropriate)**

Plaintiff's and the putative class's claims are barred, in whole or in part, because statutory damages are not appropriate in the circumstances alleged in the Complaint. Even if the jury finds liability, the Court will have discretion to decline to award statutory damages.

## RESERVATION OF AFFIRMATIVE DEFENSES

Reddit's investigation is ongoing, and Reddit currently has insufficient knowledge or information to determine whether it may have additional, unstated affirmative defenses. Reddit hereby reserves the right to plead any additional and further affirmative defenses.

## DEFENDANT'S PRAYER FOR RELIEF

WHEREFORE, Reddit prays for the following relief:

1. That Plaintiff recovers nothing by reason of the Complaint, that the Court deny Plaintiff and the putative class members' claims, and that judgment be rendered in favor of Reddit;

2. That Plaintiff be denied class certification;

3. That Reddit be awarded its costs of suit incurred in defense of this action, including reasonable attorneys' fees; and

4. For other such relief as the Court deems proper.

## JURY DEMAND

Reddit demands a jury on all issues triable by jury.

DATED: March 24, 2026

**PERKINS COIE LLP**

By: */s/ Nicola C. Menaldo*
Nicola C. Menaldo
Mikella M. Hurley
Elliott J. Joh
Doris Alvarez-Reyes

Attorneys for Defendant
REDDIT, INC.