UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DOMINIQUE NELSON, individually and on behalf of similarly situated individuals,

Plaintiffs,

v.

REDDIT, INC., a Delaware corporation,

Defendant.

Case No.: 25-CV-1470 JLS (AHG)

**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO STAY**

(ECF No. 31)

Presently before the Court is Defendant Reddit, Inc.'s Motion to Stay ("Mot.," ECF No. 31). Pursuant to Civil Local Rule 7.1(d)(1), the Court finds this matter appropriate to decide on the papers without oral argument; accordingly, the Court **VACATES** the May 21, 2026, hearing and takes the Motion under submission.

**IT IS SO ORDERED.**

Dated: May 12, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge